UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Richard MERINO, et al.,

                Plaintiffs,

    - against -                      15 Civ. 603 (ALC)

YS BEVERAGE CORP., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Richard MERINO, et al.,

                Plaintiffs,

    - against -                      No. 10 Civ. 0706 (ALC) (RLE)

BEVERAGE PLUS AMERICA CORP., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the Affirmation of Maia Goodell, sworn to on January 10, 2025, and the exhibits thereto, it is hereby

        ORDERED that Class Counsel distribute the funds currently collected and held in escrow ("Collected Funds"), as partial satisfaction of the judgment dated September 26, 2012 in Case No. 10-CV-706 and the judgment dated April 4, 2015 in Case No. 15-CV-603.

        ORDERED that funds shall be distributed as follows, within 30 days of the date of this Order:

| Merino | 76% | $ 5,469.40 |
|---|---|---|

743006 v1

| Paez | 13% | $ | 953.65 |
|---|---|---|---|
| Mantilla | 9% | $ | 628.69 |
| Aguilar | 1% | $ | 102.16 |
| **TOTAL** | **100%** | **$** | **7,153.89** |

ORDERED that:

1. Any additional named or opt-in plaintiffs in this action shall apply for distribution of a proportional share of the remaining $1,562.04 in Collected Funds.

2. Such application must be made no later than 60 days from this date.

3. Applications shall be made to Class Counsel:

    Maia Goodell
    Vladeck, Raskin & Clark, P.C.
    111 Broadway, Suite 1505
    New York, NY 10006
    mgoodell@vladeck.com
    212-403-7300

4. Class Counsel shall make proportional distribution of the Collected Funds to any such additional plaintiffs based upon percentages of the totals in the September 2012 Judgment.

5. 90 days from today's date, Class Counsel shall distribute all remaining Collected Funds in equal shares to Merino, Paez, Mantilla, Agular, and any additional located plaintiffs.

6. No further reports are required on this distribution.

ORDERED that the remainder of the judgment dated September 26, 2012 remains due and owing to all class members.

743006 v1

                                                                                                  Andrew L. Carter Jr., U.S.D.J.

Dated: New York, New York
       April 8, 2025

743006 v1